# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

154539 & (17)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

STEPHEN ROBERT YOUNG,
       Defendant-Appellant.

SC: 154539
COA: 332577
Wayne CC: 12-011375-FH

_____/

On order of the Court, the application for leave to appeal the August 3, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand to expand the record and for resentencing is DENIED.

WILDER, J., did not participate because he was on the Court of Appeals panel.



p0906

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk